UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


LEIGH ANN BRADLEY, ET AL.                                          PLAINTIFFS

V.                                          CIVIL ACTION NO. 1:06cv528-LTS-RHW

NATIONWIDE MUTUAL INSURANCE COMPANY,                               DEFENDANTS
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,
NATIONWIDE PROPERTY & CASUALTY INSURANCE
COMPANY, AND JOHN DOES 1-10


**ORDER**

The United States Magistrate Judge entered a [6] show cause order in this action because of his concern that the prospect of over 200 individually joined plaintiffs might require severance. He gave counsel for the parties the opportunity to brief the issue.

After considering counsel's input, the Magistrate concluded [28] that the Plaintiffs should be required to file separate complaints corresponding to individual parcels of damaged property. The Plaintiffs have filed [29] objections to the severance order.

For the reasons given in orders entered this date in *McFarland v. State Farm Fire & Casualty Co.*, Civil Action No. 1:06cv466; and *Vaz v. Allstate Property & Casualty Co.*, Civil Action No. 1:06cv481, **IT IS ORDERED**:

Plaintiffs' [29] Objections to the [28] Order of Severance is not well taken in any respect and is, therefore, **DENIED**, and the decision of the United States Magistrate Judge is hereby **AFFIRMED**;

This cause of action shall proceed in a manner consistent with all provisions of the [28] Order of Severance, unless otherwise ordered by the United States Magistrate Judge with respect to scheduling matters.

**SO ORDERED** this the 25th day of October, 2006.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge