UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LEIGH ANN BRADLEY, ET AL.                                                          PLAINTIFFS

V.                                                         CIVIL ACTION NO. 1:06cv528-LTS-RHW

NATIONWIDE MUTUAL FIRE INSURANCE                                        DEFENDANTS
COMPANY, NATIONWIDE PROPERTY & CASUALTY
COMPANY, AND JOHN DOES 1-10

## ORDER

There is currently pending a [33] motion to dismiss as to less than all parties. This motion was filed after the United States Magistrate Judge entered an [39] Order of Severance, and just before his order was affirmed [34]. A Status Conference was held on November 21, 2006, setting out directions for the filing of individual cases. Since no new filings have occurred, the "parties" identified in [33] are not considered to be before the Court.

Accordingly, **IT IS ORDERED**:

The [33] motion to dismiss is **DENIED AS MOOT**.

**SO ORDERED** this the 16th day of January, 2007.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge